## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MARK WILLIAMS
ADC#141529                                                              PETITIONER


VS.                          5:11CV00238 JLH/JTR


RAY HOBBS, Director,
Arkansas Department of Correction                                      RESPONDENT


### <u>ORDER</u>

Respondent has filed a Motion (docket entry #28) requesting permission to file

his Reply under seal because it references Petitioner's ADC mental-health treatment

records

For good cause shown, the Court will grant Respondent's Motion and direct

the Clerk to file the Reply under seal.

IT IS THEREFORE ORDERED THAT Respondent's Motion to File Reply

Under Seal (docket entry #28) is GRANTED.

Dated this 6th day of September, 2012.


_____
UNITED STATES MAGISTRATE JUDGE