IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK WILLIAMS
ADC#141529                                                                    PETITIONER

VS.                          5:11CV00238 JLH/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                             RESPONDENT

## ORDER

Respondent has filed a Motion (docket entry #28) requesting permission to file his Reply under seal because it references Petitioner's ADC mental-health treatment records

For good cause shown, the Court will grant Respondent's Motion and direct the Clerk to file the Reply under seal.

IT IS THEREFORE ORDERED THAT Respondent's Motion to File Reply Under Seal (docket entry #28) is GRANTED.

Dated this 6th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE