**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARK WILLIAMS                                                                                              PETITIONER
ADC #141529

v.                                          No. 5:11CV00238 JLH/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                              RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Motion to Stay (docket entry #20) is DENIED, and the Petition for a Writ of Habeas Corpus (docket entry #2) is DISMISSED, WITH PREJUDICE. IT IS FURTHER ORDERED THAT a Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

DATED this 20th day of February, 2013.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE